

# Fourth Court of Appeals
## San Antonio, Texas

September 25, 2018

No. 04-17-00410-CV

Henry **MCCALL**,
Appellant

v.

Homer **HILLIS**,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 14417
Honorable N. Keith Williams, Judge Presiding

**ORDER ON APPELLEE'S MOTION FOR REHEARING**

Sitting:     Marialyn Barnard, Justice
            Patricia O. Alvarez, Justice
            Irene Rios, Justice

Appellee's motion for rehearing is DENIED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court